Opinion by CLINE, J. In accordance with stipulation of counsel and on the authority of *Burke* v. *United States* (3 Cust. Ct. 276; C. D. 253) the protest was sustained.

**No. 45465.**—Protest 946487-G of Westco Liquor Products Co. (San Francisco).

Opinion by CLINE, J. In accordance with stipulation of counsel and on the authority of *Burke* v. *United States* (3 Cust. Ct. 276, C. D. 253) the protest was sustained.

**No. 45466.**—Protests 45385-K, etc., of Gerald F. Herrmann Co. (New York).

Opinion by CLINE, J. The protests were dismissed.

**No. 45467.**—Protest 42710-K/89643 of George T. Horton (Chicago).

Opinion by CLINE, J. No evidence was offered in support of the claims made. The protest was therefore overruled.

**No. 45468.**—Protest 40632-K of T. H. Lung Co. (Boston).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Quong Yu Wo* v. *United States* (T. D. 48003) the dried fungus in question was held dutiable at 35 percent under paragraph 775 as claimed.

**No. 45469.**—Protests 925162-G, etc., of Kwong Mee Yuen et al. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) certain items were held free of duty as crude drugs under paragraph 1669. Drugs, sliced, were held dutiable at 10 percent under paragraph 34.

**No. 45470.**—Protests 946402-G, etc., of E. & J. Burke, Ltd. (San Francisco).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of Abstract 44358 the Amer Picon in question was held dutiable at $2.50 per proof gallon as claimed.

FEBRUARY 21, 1941

**No. 45471.**—Protests 978146-G, etc., of Eurasia Import Co. Abstract 45016. Application by plaintiff for rehearing granted

FEBRUARY 24, 1941

**No. 45472.**—Protest 991261-G of Mitsui & Co., Ltd. C. D. 411. Application by Government for rehearing denied. (See C. D. 439).